ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com

Local Counsel for Plaintiff and the Proposed Class

RYAN M. KELLY
ANDERSON & WANCA
3701 Algonquin Road, Ste 500
Rolling Meadows, IL 60008
Telephone: (847)368-1500
Facsimile: (847)368-1501
rkelly@andersonwanca.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ALERE HOME MONITORING, INC., ALERE, INC., Delaware corporations, and ABBOTT LABORATORIES, an Illinois corporation,<br><br>Defendants. | Case No.   3:18-cv-04869-WHA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**<br><br>Complaint filed: August 10, 2018<br><br>District Judge: Hon. William H. Alsup<br><br>Trial date: Not Set |

Plaintiff, SANDUSKY WELLNESS CENTER, LLC, through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses Defendants, ALERE, INC. and ABBOTT LABORATORIES, without prejudice and without costs.

The case remains pending against Defendant, ALERE HOME MONITORING, INC., only.

Respectfully submitted,

Dated:  November 6, 2018

**ANDERSON + WANCA**

*/s/ Ryan M. Kelly*
Ryan M. Kelly (*admitted pro hac vice*)

One of the Attorneys for Plaintiff, SANDUSKY WELLNESS CENTER, LLC, individually and as the representative of a class of similarly-situated persons

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS