IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ALERE HOME MONITORING, INC.,<br><br>    Defendant. | No. C 18-04869 WHA<br><br>**ORDER RE MOTION FOR ADMINISTRATIVE RELIEF TO ENLARGE TIME FOR THE SEPTEMBER 12, 2019 FURTHER CASE MANAGEMENT CONFERENCE** |

The further case management conference set for September 12 **SHALL BE CONTINUED** to **OCTOBER 10, 2019 AT 11:00 A.M.** In the meantime, counsel are advised that they are permitted to settle the instant case on an individual basis so long as no attempt is made to extract a premium for an individual plaintiff by reason of the threat of proceeding on a class basis.

**IT IS SO ORDERED.**

Dated: September 9, 2019.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE