ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law

Local Counsel for Plaintiff and the Proposed Class

RYAN M. KELLY (*admitted pro hac vice*)
ANDERSON & WANCA
3701 Algonquin Road, Ste 500
Rolling Meadows, IL 60008
Telephone: (847)368-1500
Facsimile: (847)368-1501
rkelly@andersonwanca.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ALERE HOME MONITORING, INC.,<br><br>Defendant. | Case No.    3:18-cv-04869-WHA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Complaint filed:  August 10, 2018<br><br>District Judge: Hon. William H. Alsup<br><br>Trial date:  Not Set |

Plaintiff, SANDUSKY WELLNESS CENTER, LLC, through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice as to the individual claims of Plaintiff, without prejudice as to class allegations, each party to bear its own costs, expenses and fees.

Respectfully submitted,

Dated:  October 15, 2019     **ANDERSON + WANCA**

*/s/ Ryan M. Kelly*
Ryan M. Kelly (*admitted pro hac vice*)

One of the Attorneys for Plaintiff, SANDUSKY WELLNESS CENTER, LLC, individually and as the representative of a class of similarly-situated persons

ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
(847) 368-1500

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL